IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NASH N. TUTEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER SKAFF; CAPT. SCANZ; )<br>OFFICER GEISLER; SAVANNAH METRO )<br>POLICE DEPARTMENT; CITY OF )<br>SAVANNAH; DET. JUSTIN GAUSE; )<br>OFFICER GEDSKER; OFFICER )<br>TAYLOR; WATCH COMMANDER TONY )<br>FREESEMAN; SHERIFF JOHN )<br>WILCHER; DISTRICT ATTORNEY )<br>ANTHONY BURTON; DEPUTY SHERIFF )<br>POPE; CHATHAM COUNTY SHERIFF )<br>OFFICES; THE CITY OF SAVANNAH )<br>POLICE DEPARTMENT; PUBLIC )<br>DEFENDERS OFFICE; PUBLIC )<br>DEFENDER KAITLYN BECK; and THE )<br>STATE OF GEORGIA DISTRICT )<br>ATTORNEY OFFICES; )<br>)<br>Defendants. )<br>) | CASE NO. CV422-095 |

### O R D E R

Before the Court is the Magistrate Judge's July 7, 2022, Report and Recommendation (Doc. 5), to which Plaintiff has not filed objections. After a careful review of the record,[1] the Report

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

and Recommendation (Doc. 5) is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of July 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA